IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHUONG NGUYEN,

        Plaintiff,                    No. CIV S-08-1304 DAD P

        vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his prison trust account statement for the relevant six-month period.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall complete the attached Notice of Submission of Document and submit it to the court, within thirty days from the date of this order, a completed affidavit in

1

1 | support of his request to proceed in forma pauperis on the form provided by the Clerk of the
2 | Court;
3 |     2. Plaintiff shall also submit, within thirty days from the date of this order, a
4 | certified copy of plaintiff's prison trust account statement for the six-month period immediately
5 | preceding the filing of the complaint in this action. Plaintiff is cautioned that failure to comply
6 | with this order or seek an extension of time to do so will result in a recommendation that this
7 | action be dismissed without prejudice; and
8 |     3. The Clerk of the Court is directed to send plaintiff a new Application to
9 | Proceed In Forma Pauperis By a Prisoner.
10 | DATED: September 8, 2008.

          *Dale A. Drozd*
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

DAD:4
ngu1304.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHUONG NGUYEN,

      Plaintiff,                    No. CIV S-08-1304 DAD P

    vs.

ARNOLD SCHWARZENEGGER, et al.,    NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENT

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      ____ Application to proceed in forma pauperis with certified trust account statement for the six-month period preceding the filing of this action.

DATED: _____.

                                                   _____
                                                   Plaintiff